# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WANDA CASBY

VERSUS

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, COX
CORPORATE SERVICES, INC., AND
RICKIE THOMAS

NO.  2022 CW 0271

**JUNE 06, 2022**

---

In Re:    National Union Fire Insurance Company of Pittsburgh,
          PA, Cox Communication Louisiana, L.L.C., and Rickie
          Thomas, applying for supervisory writs, 19th Judicial
          District Court, Parish of East Baton Rouge, No.
          705450.

---

BEFORE:   **McCLENDON, WELCH, AND THERIOT, JJ.**

    **WRIT GRANTED WITH ORDER.**  The trial court abused its
discretion in denying the Motion to Transfer Pursuant to *Forum
Non Conveniens* filed by defendants, National Union Fire
Insurance Company of Pittsburgh, PA, State Farm Mutual
Automobile Insurance Company, Cox Communication Louisiana, LLC,
and Rickie Thomas, as the convenience of the parties and
witnesses, as well as the interest of justice, require this case
to be heard in the Twenty-Fourth Judicial District Court for the
Parish of Jefferson.  La. Code Civ. P. art. 123.  See also
**Holland v. Lincoln General Hospital**, 2010-0038 (La. 10/19/10),
48 So.3d 1050. Accordingly, the trial court's ruling denying the
Motion for Change of Venue on the Basis of *Forum Non Conveniens*
filed by defendants is reversed. The Motion for Change of Venue
on the Basis of *Forum Non Conveniens* is granted. The case is
remanded to the trial court, which is instructed to transfer the
matter to the Twenty-Fourth Judicial District Court for the
Parish of Jefferson.

                        **PMc**
                        **JEW**
                        **MRT**

COURT OF APPEAL, FIRST CIRCUIT

a.Snℓ
_____
      DEPUTY CLERK OF COURT
         FOR THE COURT